**IJH LAW**
Ignacio J. Hiraldo (State Bar No. 354826)
1100 Town & Country Road Suite 1250
Orange, CA 92868
E. ijhiraldo@ijhlaw.com
T. 657.200.1403
*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAVID BAFFORD, individually and on behalf of others similarly situated,

Plaintiff,

v.

BETTER TAX RELIEF, LLC,

Defendant.

Case No. 8:25-cv-02504-DFM

**STIPULATION OF DISMISSAL**

Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees.

Plaintiff's claims are dismissed with prejudice, and the claims of the unnamed putative class members are dismissed without prejudice.

Dated: September 3, 2026

So Stipulated and Respectfully Submitted,

| | |
|---|---|
| By: <u>*/s/ Ignacio Hiraldo*</u><br>Ignacio J. Hiraldo (SBN 354826)<br>**IJH LAW**<br>1100 Town & Country Road Suite 1250<br>Orange, CA 92868<br>E: ijhiraldo@ijhlaw.com<br>T: 657.200.1403<br><br>*Counsel for Plaintiff and Proposed Class* | By: /<u>*s/ Jenniffer Cabrera*</u><br>Jenniffer Cabrera<br>*Pro Hac Vice*<br>**J. Cabrera Law, P.A.**<br>825 NW Corporate Blvd.<br>Suit 110<br>Boca Raton, FL 33431<br>E: jc@jcabreralaw.com<br>T: 561.834.0883<br><br>*Counsel for Defendant* |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that counsel for Defendant concurs in the content of this filing and has authorized this filing.

Dated: September 3, 2026

Signed,

*By: /s/ Ignacio Hiraldo*

Ignacio J. Hiraldo
**IJH Law**
State Bar No. 354826
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403

*Counsel for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel of record, who are deemed to have consented to electronic service via the court's CM/ECF system per Civil Local Rule 5.4(d).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: September 3, 2026

Signed,

*By: /s/ Ignacio Hiraldo*

Ignacio J. Hiraldo
**IJH Law**
State Bar No. 354826
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403

*Counsel for Plaintiff and Proposed Class*